FILED

2013 NOV 19 PM 2:42

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2013 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR13-0817 |
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), (b)(1)(B)(viii): Distribution of Methamphetamine; 18 U.S.C. § 2: Aiding and Abetting] |
| JOSE AVELAR, aka "Chema," MARIO RENE MORALES, aka "Plucky," and LUIS VEGA, aka "Lil One," | |
| Defendants. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

On or about November 20, 2008, in Los Angeles County, within the Central District of California, defendant JOSE AVELAR, also known as "Chema," knowingly and intentionally distributed at least five grams, that is, approximately 26.6 grams, of methamphetamine, a Schedule II controlled substance.

## COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about November 11, 2009, in Los Angeles County, within the Central District of California, defendant LUIS VEGA, also known as "Lil One," knowingly and intentionally distributed at least 50 grams, that is, approximately 65.5 grams, of methamphetamine, a Schedule II controlled substance.

## COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about February 18, 2010, in Los Angeles County, within the Central District of California, defendant MARIO MORALES, also known as "Plucky," knowingly and intentionally distributed at least 50 grams, that is, approximately 53.1 grams, of methamphetamine, a Schedule II controlled substance.

## COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

On or about March 18, 2010, in Los Angeles County, within the Central District of California, defendant LUIS VEGA, also known as "Lil One," knowingly and intentionally distributed at least five grams, that is, approximately 27.6 grams, of methamphetamine, a Schedule II controlled substance.

COUNT FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2]

On or about July 28, 2011, in Los Angeles County, within the Central District of California, defendant MARIO MORALES, also known as "Plucky," aided and abetted by a person known to the Grand Jury, knowingly and intentionally distributed at least 50 grams, that is, approximately 54.0 grams, of methamphetamine, a Schedule II controlled substance.

COUNT SIX

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2]

On or about August 9, 2011, in Los Angeles County, within the Central District of California, defendants JOSE AVELAR, also known as ("aka") "Chema," MARIO MORALES, aka "Plucky," and LUIS VEGA, aka "Lil One," each aiding and abetting the other, knowingly and intentionally distributed at least 50 grams, that is, approximately 131.5 grams, of methamphetamine, a Schedule II controlled substance.

COUNT SEVEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2]

On or about September 22, 2011, in Los Angeles County, within the Central District of California, defendant MARIO MORALES, also known as "Plucky," aided and abetted by a person known to the Grand Jury, knowingly and intentionally distributed at least 50 grams, that is, approximately 164.3 grams, of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

/S/
_____
Foreperson

ANDRÉ BIROTTE, JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

ELIZABETH R. YANG
Assistant United States Attorney
Chief, Violent & Organized Crime Section

STEPHEN G. WOLFE
Assistant United States Attorney
Violent & Organized Crime Section